DANIEL G. BOGDEN
United States Attorney
ROBERT A. KNIEF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Email:  Robert.Knief@usdoj.gov
Counsel for Plaintiff United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JOHN LUCKOVICH,<br><br>　　　　　　Defendant. | Case No.: 2:16-0291-GMN-PAL<br><br>**GOVERNMENT**<br>**MOTION TO DISMISS** |

　　　　Plaintiff United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and ROBERT A. KNIEF, Assistant United States Attorney, pursuant to Fed. R. Crim. P. 48(a), brings the following motion to dismiss the indictment as to the captioned defendant only.

　　　　The government moves for the dismissal of the indictment against defendant John Luckovich following additional investigation and in the interests of justice.  The government also seeks the captioned defendant's release from all conditions of

. . .

. . .

. . .

pre-trial supervision.

Dated this 14th day of October 2016.

                                          DANIEL G. BOGDEN,
                                        United States Attorney

                                        /s/ Robert A. Knief

                                        ROBERT A. KNIEF
                                        Assistant United States Attorney

**IT IS SO ORDERED.**
**DATED** this 18 day of October, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court